# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 05, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
   USDC No. 1:15-CV-372

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Mr. Joshua Michael Blackman
Ms. Jeannette Clack
Mr. Matthew Goldstein
Mr. Alan Gura
Mr. William Bryan Mateja
Mr. Michael S. Raab
Mr. Eric J. Soskin
Mr. Daniel Bentele Hahs Tenny

P.S. to Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.