# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

───────────

No. 15-50759

───────────

DEFENSE DISTRIBUTED;
SECOND AMENDMENT FOUNDATION, INCORPORATED,

          Plaintiffs–Appellants,

versus

UNITED STATES DEPARTMENT OF STATE;
JOHN F. KERRY, In His Official Capacity
  as the Secretary of the Department of State;
DIRECTORATE OF DEFENSE TRADE CONTROLS,
  Department of State Bureau of Political Military Affairs;
KENNETH B. HANDELMAN, Individually and in His Official Capacity
  as the Deputy Assistant Secretary of State
  for Defense Trade Controls in the Bureau of Political-Military Affairs;
C. EDWARD PEARTREE, Individually and in His Official Capacity
  as the Director of the Office of Defense Trade Controls Policy Division;
SARAH J. HEIDEMA, Individually and in Her Official Capacity
  as the Division Chief, Regulatory and Multilateral Affairs,
  Office of Defense Trade Controls Policy;
GLENN SMITH, Individually and in His Official Capacity
  as the Senior Advisor, Office of Defense Trade Controls,

          Defendants–Appellees.

───────────

Appeal from the United States District Court
for the Western District of Texas

───────────

O R D E R:

    IT IS ORDERED that appellants' unopposed motion to view and obtain sealed documents is GRANTED.

                                            /s/ Jerry E. Smith
                                            JERRY E. SMITH
                                            United States Circuit Judge