# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 14, 2015

Mr. Alan Gura
Gura & Possessky, P.L.L.C.
916 Prince Street
Suite 7
Alexandria, VA 22314-0000

No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
USDC No. 1:15-CV-372

Dear Mr. Gura,

The following pertains to your brief electronically filed on December 10, 2015.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Matthew Goldstein
    Mr. William Bryan Mateja
    Mr. Michael S. Raab
    Mr. Eric J. Soskin
    Mr. Daniel Bentele Hahs Tenny