# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 14, 2015

Mr. Alan Gura
Gura & Possessky, P.L.L.C.
916 Prince Street
Suite 7
Alexandria, VA 22314-0000

    No. 15-50759   Defense Distributed, et al v. U.S. Dept. of
                        State, et al
    USDC No. 1:15-CV-372

Dear Mr. Gura,

The following pertains to your record excerpts electronically filed on December 10, 2015.

You must submit the four (4) paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents. See 5TH Cir. R.30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shawn D. Henderson, Deputy Clerk
                        504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Matthew Goldstein
    Mr. William Bryan Mateja
    Mr. Michael S. Raab
    Mr. Eric J. Soskin

Mr. Daniel Bentele Hahs Tenny

Mr. Daniel Bentele Hahs Tenny