# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 18, 2015

Mr. Bruce D. Brown  
Reporters Committee for Freedom of the Press  
1156 15th Street, N.W.  
Suite 1250  
Washington, DC 20005

    No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al  
    USDC No. 1:15-CV-372

Dear Mr. Brown,

The following pertains to your Amicus brief electronically filed on December 17, 2015.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with FED R. APP. P. 32(a)(2)(C). (See attachment)

Record References: Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. The use of "id" to cite to the record is prohibited. (See 5TH CIR. R. 28.2.2)

Once you have prepared your sufficient brief, you must email it to: Shawn_Henderson@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

```
                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Shawn D. Henderson, Deputy Clerk
                                   504-310-7668
```

cc:
    Mr. Joshua Michael Blackman
    Mr. Matthew Goldstein
    Mr. Alan Gura
    Mr. William Bryan Mateja
    Mr. Michael S. Raab
    Mr. Eric J. Soskin
    Mr. Daniel Bentele Hahs Tenny

Caption on brief must exactly match our caption below:

| 15-50759 |
|---|
| **DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INCORPORATED,**<br><br>    **Plaintiffs - Appellants**<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF STATE; JOHN F. KERRY, In His Official Capacity as the Secretary of the Department of State; DIRECTORATE OF DEFENSE TRADE CONTROLS, Department of State Bureau of Political Military Affairs; KENNETH B. HANDELMAN, Individually and in His Official Capacity as the Deputy Assistant Secretary of State for Defense Trade Controls in the Bureau of Political-Military Affairs; C. EDWARD PEARTREE, Individually and in His Official Capacity as the Director of the Office of Defense Trade Controls Policy Division; SARAH J. HEIDEMA, Individually and in Her Official Capacity as the Division Chief, Regulatory and Multilateral Affairs, Office of Defense Trade Controls Policy; GLENN SMITH, Individually and in His Official Capacity as the Senior Advisor, Office of Defense Trade Controls,**<br><br>    **Defendants - Appellees** |