# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 18, 2015

Mr. Raffi Melkonian
Wright & Close, L.L.P.
1 Riverway
Houston, TX 77056

    No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
    USDC No. 1:15-CV-372

Dear Mr. Melkonian,

The following pertains to your Amicus brief electronically filed on December 17, 2015.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Shawn D. Henderson, Deputy Clerk
    504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Bruce D. Brown
    Mr. Matthew Goldstein
    Mr. Alan Gura
    Mr. William Bryan Mateja
    Mr. Michael S. Raab

Mr. Ilya Shapiro
Mr. Eric J. Soskin
Mr. Daniel Bentele Hahs Tenny