# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 18, 2015

Mr. Kit Walsh
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

    No. 15-50759    Defense Distributed, et al v. U.S. Dept. of State, et al
    USDC No. 1:15-CV-372

Dear Mr. Walsh,

The following pertains to your Amicus brief for Electronic Frontier electronically filed on December 17, 2015.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Shawn D. Henderson, Deputy Clerk
    504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Bruce D. Brown
    Mr. Matthew Goldstein
    Mr. Alan Gura
    Mr. David T. Hardy
    Mr. William Bryan Mateja

Mr. Raffi Melkonian
Mr. Leif A. Olson
Mr. Michael S. Raab
Mr. Ilya Shapiro
Mr. Eric J. Soskin
Mr. Daniel Bentele Hahs Tenny