# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 18, 2015

Mr. Leif A. Olson
Olson Firm, P.L.L.C.
4830 Wilson Road
Suite 300, PMB 188
Humble, TX 77396

    No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
    USDC No. 1:15-CV-372

Dear Mr. Olson,

The following pertains to your Amicus brief electronically filed on December 17, 2015.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Shawn D. Henderson, Deputy Clerk
    504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Bruce D. Brown
    Mr. Matthew Goldstein
    Mr. Alan Gura
    Mr. David T. Hardy

Mr. William Bryan Mateja  
Mr. Raffi Melkonian  
Mr. Michael S. Raab  
Mr. Ilya Shapiro  
Mr. Eric J. Soskin  
Mr. Daniel Bentele Hahs Tenny