# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 18, 2015

Mr. Leif A. Olson
Olson Firm, P.L.L.C.
4830 Wilson Road
Suite 300, PMB 188
Humble, TX 77396

       No. 15-50759   Defense Distributed, et al v. U.S. Dept. of
                      State, et al
       USDC No. 1:15-CV-372

Dear Mr. Olson,

We received your motion to file an amicus brief for the Madison Society Foundation, Inc. In light of having consent of all parties, we are taking no action on this motion as it is unnecessary.

Your brief has been filed as of December 17, 2015.


                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Shawn D. Henderson, Deputy Clerk
                                504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Bruce D. Brown
    Mr. Matthew Goldstein
    Mr. Alan Gura
    Mr. David T. Hardy
    Mr. William Bryan Mateja
    Mr. Raffi Melkonian
    Mr. Michael S. Raab
    Mr. Ilya Shapiro
    Mr. Eric J. Soskin
    Mr. Daniel Bentele Hahs Tenny