NO. 15-50759

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────────────────────

IN THE MATTER OF
DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION,
INCORPORATED

Plaintiffs – Appellants

v.

UNITED STATES DEPARTEMENT OF STATE; JOHN F. KERRY, in His Official
Capacity as the Secretary of the Department of State; *et. al.*

Defendants - Appellees

───────────────────────────────

On Appeal from the United States District Court
for the Western District of Texas, Austin Division
No. 15-cv-00372 (Hon. Robert Pitman)

───────────────────────────────

**Unopposed Motion of Texas Public Policy Foundation for
Leave to File Out of Time as Amicus Curiae in Support of Defense Distributed**

───────────────────────────────

**TO THE HONORABLE JUSTICES OF SAID COURT:**

*Amicus Curiae* the Texas Public Policy Foundation (Foundation) respectfully requests leave to file the attached brief out of time in support of the Plaintiff-Appellee pursuant to Federal Rule of Appellate Procedure 29. Due to a clerical error, the Foundation mistakenly calendared the filing deadline for today, December 18, 2015—one day after the official deadline. Counsel for all parties have consented to both the filing of the Foundation's brief and to its filing out of time.

1

# CERTIFICATE OF INTERESTED PERSONS

Amicus Curiae certify that they are a non-profit 501(c)(3) organization.

Undersigned counsel of record certifies that no person or entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualifications or recusal.

# INTEREST OF AMICUS CURIAE

Pursuant to Fed. R. App. P. 29(b), this Brief is filed on behalf of the Texas Public Policy Foundation (Foundation), a Texas-based nonprofit policy organization. The Texas Public Policy Foundation's mission is to promote and defend liberty, personal responsibility, and free enterprise in Texas and the nation by educating and affecting policymakers and the Texas public policy debate with academically sound research and outreach.

The Texas Public Policy Foundation believes that freedom of speech is fundamental to its guiding principles of liberty, personal responsibility and free enterprise.

This Brief is filed in support of the Defense Distributed. The Foundation was not paid for its preparation and the Foundation did not pay another entity or attorney for doing so. The Foundation adopts by reference the Statement of the Case and Statement of the Issues by Plaintiffs and appreciates the opportunity to submit this Brief to the Court.

# CONCLUSION AND PRAYER

For the reasons discussed above, the Foundation respectfully request that this Court grant it leave to file the attached brief one-day late. The Foundation further request that the Court deem the brief to be properly filed without the need for any further action on the part of the *Amicus Curiae*.

Respectfully Submitted,

_____
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
JOEL STONEDALE
Texas Bar No. 24079406
jstonedale@texaspolicy.com
Texas Public Policy Foundation
Center for the American Future
901 Congress Avenue
Austin, TX 78701
PHONE: (512) 472-2700
FAX: (512 472-2728
*Attorneys for Texas Public Policy Foundation, as Amicus Curiae for Defense Distributors*

**CERTIFICATE OF CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 29, counsel for *Amicus Curiae* conferred with counsel for Appellee and counsel for Appellant who both consented to filing the attached brief and consented to its filing out of time.

3

_____
ROBERT HENNEKE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for this Fifth Circuit by using the appellate MC/ECF system in NO. 15-50759 on December 18, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

_____
ROBERT HENNEKE