# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 18, 2015

Mr. Ilya Shapiro
Cato Institute
1000 Massachusetts Avenue, N.W.
Washington, DC 20001

No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
USDC No. 1:15-CV-372

Dear Mr. Shapiro,

Your electronically filed Amicus brief for Cato Institute has been reviewed and is now sufficient.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc:
Mr. Joshua Michael Blackman
Mr. Bruce D. Brown
Mr. Matthew Goldstein
Mr. Alan Gura
Mr. David T. Hardy
Mr. William Bryan Mateja
Mr. Raffi Melkonian
Mr. Leif A. Olson
Mr. Michael S. Raab
Mr. Eric J. Soskin
Mr. Daniel Bentele Hahs Tenny
Mr. Kit Walsh