# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 21, 2015

Mr. Bruce D. Brown
Reporters Committee for Freedom of the Press
1156 15th Street, N.W.
Suite 1250
Washington, DC 20005

  No. 15-50759   Defense Distributed, et al v. U.S. Dept. of
                 State, et al
  USDC No. 1:15-CV-372

Dear Mr. Brown,

Your electronically filed amicus brief has been reviewed and is now sufficient.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shawn D. Henderson, Deputy Clerk
                              504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Matthew Goldstein
    Mr. Alan Gura
    Mr. David T. Hardy
    Mr. William Bryan Mateja
    Mr. Raffi Melkonian
    Mr. Leif A. Olson
    Mr. Michael S. Raab
    Mr. Ilya Shapiro
    Mr. Eric J. Soskin
    Mr. Daniel Bentele Hahs Tenny
    Mr. Kit Walsh