# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 23, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
    USDC No. 1:15-CV-372

The court has granted the unopposed motion to file amicus brief of Texas Public Policy Foundation out of time in this case.


    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Shawn D. Henderson, Deputy Clerk
    504-310-7668

Mr. Joshua Michael Blackman
Mr. Bruce D. Brown
Mr. Matthew Goldstein
Mr. Alan Gura
Mr. David T. Hardy
Mr. Robert E. Henneke
Mr. William Bryan Mateja
Mr. Raffi Melkonian
Mr. Leif A. Olson
Mr. Michael S. Raab
Mr. Ilya Shapiro
Mr. Eric J. Soskin
Mr. Joel Stonedale
Mr. Daniel Bentele Hahs Tenny
Mr. Kit Walsh