# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 23, 2015

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78101

  No. 15-50759  Defense Distributed, et al v. U.S. Dept. of State, et al
  USDC No. 1:15-CV-372

Dear Mr. Henneke,

The following pertains to your amicus brief electronically filed on December 23, 2015.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Shawn D. Henderson, Deputy Clerk
    504-310-7668

cc:
 Mr. Joshua Michael Blackman
 Mr. Bruce D. Brown
 Mr. Matthew Goldstein
 Mr. Alan Gura
 Mr. David T. Hardy
 Mr. William Bryan Mateja
 Mr. Raffi Melkonian
 Mr. Leif A. Olson
 Mr. Michael S. Raab
 Mr. Ilya Shapiro
 Mr. Eric J. Soskin
 Mr. Joel Stonedale
 Mr. Daniel Bentele Hahs Tenny

Mr. Kit Walsh