# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 18, 2016

Mr. John Devereux Kimball
Blank Rome, L.L.P.
405 Lexington Avenue
Chrysler Building
New York, NY 10174

    No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
    USDC No. 1:15-CV-372

Dear Mr. Kimball,

The following pertains to your Amicus brief electronically filed on February 18, 2016.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Bruce D. Brown
    Mr. Matthew Goldstein
    Mr. Alan Gura
    Mr. David T. Hardy
    Mr. Robert E. Henneke
    Mr. William Bryan Mateja
    Mr. Raffi Melkonian
    Mr. Randal John Meyer
    Mr. Leif A. Olson
    Mr. Michael S. Raab
    Mr. Ilya Shapiro

Mr. Joel Stonedale
Mr. Daniel Bentele Hahs Tenny
Mr. Kit Walsh