# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 01, 2016

Mr. Alan Gura
Gura & Possessky, P.L.L.C.
916 Prince Street
Suite 7
Alexandria, VA 22314-0000

    No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
    USDC No. 1:15-CV-372

Dear Mr. Gura,

The following pertains to your reply brief electronically filed on February 29, 2016.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Shawn D. Henderson, Deputy Clerk
    504-310-7668

cc:
    Mr. Joshua Michael Blackman
    Mr. Bruce D. Brown

    Mr. Matthew Goldstein
    Mr. David T. Hardy
    Mr. Robert E. Henneke
    Mr. John Devereux Kimball
    Mr. Martin Simon Krezalek
    Mr. Raffi Melkonian
    Mr. Randal John Meyer
    Mr. David Scott Morris
    Mr. Leif A. Olson
    Mr. Michael S. Raab
    Mr. Ilya Shapiro
    Mr. Joel Stonedale
    Mr. Daniel Bentele Hahs Tenny
    Mr. Kit Walsh

**P.S. Mr. David Morris:** Since you signed the brief, you must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.