

916 PRINCE STREET, SUITE 107
ALEXANDRIA, VIRGINIA 22314
TEL 703.835.9085
FAX 703.997.7665

WWW.GURAPOSSESSKY.COM

June 21, 2016

The Hon. Lyle W. Cayce
Clerk, United States Court of Appeals
　for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

  Re: *Defense Distributed* v. *U.S. Dep't of State*
     U.S. Court of Appeals, 5th Cir., No. 15-50759

  Supplemental Authority per Fed. R. App. P. 28(j)

Dear Mr. Cayce:

  The challenged prior restraint provides:

  "[O]ne must seek and receive a license or other authorization from the Department or other cognizant U.S. government authority to release ITAR controlled 'technical data,' as defined in § 120.10. A release of 'technical data' may occur by disseminating 'technical data' at a public conference or trade show, publishing 'technical data' in a book or journal article, or posting 'technical data' to the Internet."

80 Fed. Reg. 31,528 (June 3, 2015).

  On June 7, 2016, Defendants announced that they will increase the maximum civil penalty for violations of the Arms Export Control Act, and thus, for violations of their prior restraint, from $500,000 to $1,094,010 per violation. The new maximum penalty can be assessed as early as August 1, "regardless of when the actual violation(s) occurred." *See* attached from DDTC website.

Accordingly, Americans publishing "technical data" on the internet, or in books or journal articles that might appear at a public library or newsstand, are now subject to a penalty exceeding one million dollars regardless of their intent.

        Sincerely,

        <u>/s/ Alan Gura</u>

        Alan Gura
        Counsel for Plaintiffs-Appellants

Certificate of Compliance

This letter complies with the word count limitation of Fed. R. App. 28(j), as its body contains 173 words as automatically totaled by WordPerfect X4.

                                        /s/ Alan Gura
                                        Alan Gura

Certificate of Service

On this, the 21st day of June, 2016, I electronically filed the attached Letter with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. Participants in this appeal are registered CM/ECF users who will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ Alan Gura
                                        Alan Gura