# CIVIL PENALTY INFLATION ADJUSTMENTS

The Department of State is implementing "catch-up" adjustments to the maximum amounts of the civil monetary penalties (CMPs) it assesses. The Department is making these adjustments because under the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015 (Section 701 of Pub. L. 114-74), Congress has mandated agencies to make a one time "catch-up" adjustment to their CMPs in order to account for inflation, which erodes the real value of statutorily mandated penalty amounts. The adjustment will be announced as a final rule on June 7, 2016. The 2015 Act also instructs agencies to make subsequent annual inflationary adjustments no later than January 15 of each year.

Per the legislation, these updated CMP amounts will apply to all penalties assessed after August 1, 2016, regardless of when the actual violation(s) occurred. The methodology for catch-up adjustments was mandated by the legislation and distributed to agencies by the Office of Management and Budget (OMB) in OMB Memorandum M-16-06, dated February 24, 2016.

The CMP amounts assessed by the Directorate of Defense Trade Controls (DDTC) are included in the final rule. These CMP amounts authorized by the Arms Export Control Act ("AECA," 22 U.S.C. 2751 *et seq.*) will be adjusted as follows:
- **For each violation of 22 U.S.C. 2778, an amount not to exceed $1,094,010 (previously $500,000);**
- **For each violation of 22 U.S.C. 2779a, an amount not to exceed $795,445 (previously $500,000); and**
- **For each violation of 22 U.S.C. 2780, an amount not to exceed $946,805 (previously $500,000).**

While DDTC is making this required adjustment to the maximum amounts of CMPs it may assess, it is important to note that the 2015 Act does not impede the discretion of agencies to assess CMPs lower than the maximum amount should circumstances warrant.

# Directorate of Defense Trade Controls

## Mission:

The U.S. Government views the sale, export, and re-transfer of defense articles and defense services as an integral part of safeguarding U.S. national security and furthering U.S. foreign policy objectives. The Directorate of Defense Trade Controls (DDTC), in accordance with 22 U.S.C. 2778-2780 of the Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR) (22 CFR Parts 120-130), is charged with controlling the export and temporary import of defense articles and defense services covered by the United States Munitions List (USML).

| **New Items and Announcements** |
|---|

 **Industry Notice:** *LPM Job Announcement* (05.20.16)
The Office of the Legal Adviser seeks an attorney for DDTC. Click here to view vacancy announcement

- **Web Notice:** The Directorate of Defense Trade Controls (DDTC) is currently in the process of modernizing its IT systems. Some key cutover activities are scheduled between June 8 and June 24, thus during this time period, we anticipate there may be delays in response times and time to resolve IT related incidents and requests. We apologize for any inconvenience, and appreciate your patience while we work to improve DDTC services. If you need assistance, please contact the DDTC Service Desk at (202) 663-2838, or email at DtradeHelpDesk@state.gov (06.09.16)
- **Industry Notice:** *DSP-83* (06.08.16)
Updated notice regarding form DSP-83
Click here to view.
- **Web Notice:** One (1) new Name/Address change announcements have been posted. (06.07.16)
Click here to read.
- **Web Notice:** *Civil Penalties Adjustment* (06.07.16)
The Department of State is implementing "catch-up" adjustments to the maximum amounts of the civil monetary penalties (CMPs) it assesses. Click here to view
- **Web Notice:** *Webinar Questions & Answers* (06.07.16)
Webinar Q&A Pod chat with Industry from 05.20.2016 Click here to view
- **Federal Registration Notice:** International Traffic in Arms: Revisions to Definition of Export and Related Definitions. (06.03.16)
Click here to read.
- **Web Notice:** One (1) new Name/Address change announcements have been posted. (06.01.16)
Click here to read.
- **Country Policies and Embargoes:** Change in Policy on Exports of Munitions to Liberia. (05.27.16)
Pursuant to UN Security Council Resolution 2288, adopted May 25, 2016 and effective immediately, the UN Security Council sanctions regime against Liberia has been terminated. Consequently, DDTC will review applications for licenses to export or temporarily import defense articles and defense services to or from Liberia under the ITAR on a case-by-case basis. DDTC will publish a Federal Register notice to implement a conforming update to ITAR §126.1.
- **Federal Registration Notice:** 60-Day Notice of Proposed Information Collection: Adoptive Family Relief Act Refund Application. (05.26.16)
Click here to read.
- **Web Notice:** The webinar presented on May 20, 2016 from 1:00 p.m. (EST) is now available for viewing. (05.25.16)
Click here to view the webinar transcript and presentation.
- **Web Notice:** One (1) new Name/Address change announcements have been posted. (05.25.16)
Click here to read.
- **Outreach:** The Summer In-House Industry Seminar scheduled for June 15, 2016 has been CANCELLED

- due to low registration. (05.24.16)
  As you are aware, the seminar is offered every quarter to interested parties in the business of manufacturing and/or exporting United States Munitions List (USML) articles. Please note the fall seminar is scheduled for September 14, 2016. Registration will be open for two weeks, August 5-19, 2016.
- **Country Policies and Embargoes:** Change in Policy on Exports of Munitions to Vietnam. (05.23.16)
  Pursuant to a decision made by the Secretary of State and effective immediately, the Department of State's policy prohibiting the sale or transfer of lethal weapons to Vietnam, including restrictions on exports to and imports from Vietnam for arms and related materiel, has been terminated. Consequently, in accordance with the Arms Export Control Act, the Directorate of Defense Trade Controls (DDTC) will review on case-by-case basis applications for licenses to export or temporarily import defense articles and defense services to or from Vietnam under the International Traffic in Arms Regulations (ITAR). DDTC will soon publish a rule in the Federal Register to implement a conforming change to ITAR §126.1.
- **Web Notice:** One (1) new Name/Address change announcements have been posted. (05.19.16)
  [Click here to read.](#)
- **Federal Registration Notice:** Federal Register Public Notice 9565, 60-Day Notice of Proposed Information Collection: Technology Security/Clearance Plans, Screening Records, and Non-Disclosure Agreements has been posted. (05.17.16)
  [Click here to view.](#)
- **Web Notice:** Three (3) new Name/Address change announcements have been posted. (05.16.16)
  [Click here to read.](#)
- **Federal Registration Notice:** Modification of the statutory debarment of Rocky Mountain Instrument Co. (RMI). (05.09.16)
  On May 9, 2016, and effective the same day, DDTC published a Federal Register notice modifying the statutory debarment of Rocky Mountain Instrument Co. (RMI) and permitting its indirect involvement in certain transactions under the ITAR. A copy of the Federal Register notice is available [here](#). In addition, DDTC created web guidance, available [here](#), for exporters and manufacturers wanting to engage in transactions involving RMI or defense articles manufactured by RMI.

[Announcement Archives](#)